Case: **2:25−cv−02376**
Assigned To : **Lipman, Sheryl H.**
Referral Judge: **Christoff, Annie T.**
Assign. Date : **4/1/2025**
Description: **Morningstar v. Advanced Dental, PLLC et al**